| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Brent H. Blakely (SBN 157292)<br>Cindy Chan (SBN 247495)<br>BLAKELY LAW GROUP<br>915 North Citrus Avenue<br>Hollywood, California 90038<br>Telephone: (323) 464-7400<br>Facsimile: (323) 464-7410<br><br>ATTORNEYS FOR: Plaintiff coach Services, Inc. | **FILED**<br><br>2008 JUL -1  A 11: 33<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

*(stamps: ADR, E-FILING)*

### UNITED STATES DISTRICT COURT
### Northern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiff(s),<br>v.<br><br>KI'S CLOTHING, an unknown business entity;<br>NEIKIATH BROOKS, an individual; and DOES<br>1-10, inclusive,<br>Defendant(s) | CASE NUMBER<br><br>**C 08  03163 EDL**<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff Coach Services, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                         **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Coach Services, Inc.                         Plaintiff
Ki's Clothing                                Defendant
Neikiath Brooks                              Defendant



6/27/08                                      _/s/_____
Date                                         Sign

                                             Brent H. Blakely
                                             Attorney of record for or party appearing in pro per

---
NOTICE OF INTERESTED PARTIES
CV-30 (12/03)