**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7
8   COACH SERVICES, INC.
                Plaintiff,                              No. 08-03163 EDL
9
          v.                                            CLERK'S NOTICE
10
    KI'S CLOTHING, et al.,
11
                Defendants.
12  _____/
13
14       TO ALL PARTIES AND COUNSEL OF RECORD:
15  YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for 3:00 p.m. on
16  October 7, 2008 has been reset to 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th
17  Floor, 450 Golden Gate Avenue, San Francisco.
18
19  Dated:  July 14, 2008
20                                              FOR THE COURT,
                                                Richard W. Wieking, Clerk
21
22                                          by: _Lili M. Harrell_____
                                                Lili M. Harrell
23                                              Courtroom Deputy
24
25
26
27
28